# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER,<br><br>    Plaintiff,<br><br>v.<br><br>GERALD MORITA, Trustee of the Gerald and Jolene Morita Family Trust dated March 25, 2009; JOLENE E. MORITA, Trustee of the Gerald and Jolene Morita Family Trust dated March 25, 2009; ARCO #42145, a Business of Unknown Form; and DOES 1-10,<br><br>    Defendants. | Case No.: 2:20-cv-07848-RSWL-JCx<br><br>*Hon. Ronald S. W. Lew*<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: August 27, 2020<br>Trial Date:   Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff James Shayler's ("Plaintiff") action against Defendants Gerald Morita, Jolene E. Morita, and ARCO #42145 ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: January 19, 2021              /S/ RONALD S.W. LEW
                                      Hon. Ronald S. W. Lew
                                      United States District Judge
                                      Central District of California

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE